JS6 / ENTER

FILED

DEC 1 3 2013

CLERK, U.S. DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
SOUTHERN DIVISION AT SANTA ANA
BY _____ DEPUTY

ENTERED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

DEC 1 3 2013

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### EASTERN DIVISION

| | |
|---|---|
| MATEO ANTONIO DIEGO,<br><br>        Petitioner,<br><br>        v.<br><br>RICK M. HILL, Warden,<br><br>        Respondent. | Case No. EDCV13-798-FMO (DFM)<br><br>**JUDGMENT** |

Pursuant to the Order Accepting Findings and Recommendations of United States Magistrate Judge,

IT IS HEREBY ADJUDGED that this action is dismissed with prejudice.

Dated: December 13, 2013

_____/s/_____
FERNANDO M. OLGUIN
United States District Judge